**DISMISS and Opinion Filed October 28, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00993-CR

### EX PARTE TREVOR MCEUEN

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 114663-422**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Reichek, and Justice Kennedy
Opinion by Chief Justice Burns

Trevor McEuen is charged in the trial court with murder and aggravated assault. The trial court set appellant's bond at $2 million for the murder charge and $1 million for each of the two aggravated assault counts. On August 24, 2023, the trial court heard appellant's application for writ of habeas corpus and reduced the bond to $500,000 for the murder charge and $250,000 for each of the aggravated assault charges. Appellant filed an application for writ of habeas corpus in the trial court asserting the bond was excessive. On July 8, 2024, the trial court declined to reduce appellant's bond further, and appellant filed this appeal.

On October 15, 2024, appellant's counsel filed a motion to dismiss the appeals stating the appeal was moot because appellant had posted bond and had been released.

Because appellant posted bond and was released on bond, this appeal is moot. *See Ex parte Guerrero*, 99 S.W.3d 852, 853 (Tex. App.—Houston [14th Dist.] 2003, no pet.) (per curiam); *see also Ex parte Blackwell*, 05-21-00108-CR, 2021 WL 3354181 (Tex. App.—Dallas Aug. 2, 2021, no pet.) (mem. op.; not designated for publication).

We grant the motion to dismiss, and we dismiss this appeal as moot.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

240993F.U05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

EX PARTE TREVOR MCEUEN

No. 05-24-00993-CR

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 114663-422.
Opinion delivered by Chief Justice Burns. Justices Reichek and Kennedy participating.

Based on the Court's opinion of this date, the motion to dismiss the appeal as moot is **GRANTED** and we **DISMISS** this appeal as moot.

Judgment entered October 28, 2024